CHRISTOPHER J. CHRISTIE
United States Attorney
ALLAN B. K. URGENT
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 297-2079
Fax. (973) 297-2010
email: allan.urgent@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCELLA PRISCO, | HON. PETER G. SHERIDAN |
| *Plaintiff*, | Civil Action No. 07-cv-6166-PGS-ES |
| v. | CONSENT ORDER |
| JOHN E. POTTER, ET AL., | |
| *Defendants*. | |

This matter having been opened to the Court by all parties upon the consent of their attorneys for an Order, and the Court having considered the matter,

IT IS on this 9 day of July, 2008

ORDERED that all claims against John E. Potter, Postmaster General, and the United States Postal Service are hereby dismissed, and that John E. Potter, Postmaster General, and the United States Postal Service shall be terminated as parties in the above-captioned action.

_____
PETER G. SHERIDAN
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

|  |  |
|---|---|
| CHRISTOPHER J. CHRISTIE<br>United States Attorney | NASHEL, KATES, NUSSMAN,<br>RAPONE & ELLIS, LLP |
| By: *[signature]*<br>ALLAN B. K. URGENT<br>Assistant U. S. Attorney<br>Attorney for Defendants<br>John E. Potter, Postmaster<br>General, the United States<br>Postal Service and the<br>United States of America | By: *[signature]*<br>MICHAEL FARHI, ESQ.<br>Attorneys for Plaintiff |
| Dated: 7/8/2008 | Dated: 7/08/08 |